Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LANCE S. CHODA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:21-cv-384 |
| v. | ) |
| | ) STIPULATION |
| COUNTY OF HAWAII | ) |
| | ) |
| | ) Judge: N/A |
| | ) Trial: N/A |
| Defendant. | ) Hearing: N/A |

## Stipulation and Order

On August 11, 2021, Plaintiff Lance S. Choda received a letter ("HCPD Letter") from the County of Hawaii Police Department stating that he was prohibited from owning firearms. *See* Complaint ¶ 24. The HCPD Letter ordered him to turn in or transfer his firearms by September 15, 2021. If Plaintiff does not, his firearms could be seized and Plaintiff may face criminal sanctions including arrest and or prosecution. On September 14, 2021, Plaintiff filed a verified complaint and a motion for a temporary restraining order requesting that this Court restrain the County from prohibiting him from firearms possession. *See* Docket No. [1] & [3]. It is unclear whether this Court will be able to rule on Plaintiff's motion for a temporary restraining order by September 15, 2021. Therefore, the parties have stipulated to the following:

It is hereby stipulated that the September 15, 2021 deadline referenced in the HCPD Letter for Mr. Choda to turn in or transfer his firearms is extended until five business days after resolution of the above-captioned litigation. It is further stipulated that no agent or person working for the County or any of its subdivisions including all County of Hawaii police and prosecutors may arrest, prosecute or otherwise initiate criminal or civil sanctions against Mr. Choda for failure to turn in or transfer his firearms by September 15, 2021 as directed in the HCPD Letter until five business days after resolution of the above-captioned litigation.

DATED: Hilo, Hawaii, September 15, 2021.

/S/ STEVEN IDEMOTO
LAUREEN MARTIN
STEVEN IDEMOTO

Deputy Corporation Counsel
Attorneys for Defendant
COUNTY OF HAWAII

DATED: San Diego, California, September 15, 2021.

/S/ ALAN ALEXANDER BECK
ALAN ALEXANDER BECK
KEVIN GERARD O'GRADY

Attorneys for Plaintiff
LANCE S. CHODA

**IT IS APPROVED AND SO ORDERED:**

DATED: September 15, 2021 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge

*Lance S. Choda v. County of Hawaii*; Civil No. 1:21-cv-384 DKW-RT; Stipulation and Order