Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| LANCE S. CHODA | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:21-cv-00384-DKW-RT |
|  | ) |
| COUNTY OF HAWAII | ) NOTICE OF UNCONSTITUTIONALITY |
|  | ) |
|  | ) |
|  | ) Judge: N/A |
|  | ) Trial: N/A |
| Defendant. | ) Hearing: N/A |
| _____ | ) |

<u>Notice of Unconstitutionality</u>

COME NOW the Plaintiff, Lance S. Choda, by and through undersigned counsel, and pursuant to 28 USC § 2403, F.R.C.P. 5.1 and Local Rule 7.2 provide notice that this action potentially questions the constitutionality of Hawaii Revised Statute §134-7(b), to the extent that provision denies applicants permits if they have been convicted of a petty misdemeanor for harassment and/or disorderly conduct. Pursuant to this notice and 28 USC § 2403, Plaintiff Lance S. Choda requests the Clerk of this Court give the State notice of this suit.

Dated: San Diego, California, September 27, 2021.

Respectfully submitted,

*/s/ Alan Beck*
Alan Alexander Beck

/s/*Kevin Gerard O'Grady*
Kevin O'Grady

## **Certificate of Service**

I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Diego, California, September 27, 2021.

Respectfully submitted,

*/s/ Alan Beck*
Alan Alexander Beck

/s/*Kevin Gerard O'Grady*
Kevin O'Grady