# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00384-DKW-RT |
| CASE NAME: | Lance S. Choda v. County of Hawaii |
| ATTY FOR PLA: | Kevin O'Grady* |
| ATTY FOR DEFT: | Steven Idemoto* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | AT&T |
| DATE: | 12/17/2021 | TIME: | 11:28 - 11:31am |

COURT ACTION:  EP: TELEPHONIC STATUS CONFERENCE held.

Parties report resolution reached as to payment of Plaintiff's reasonable attorneys' fees and costs.  Parties expect payment within a week and anticipate filing stipulation for dismissal shortly thereafter.

**Stipulated Dismissal With Prejudice** due within 10 days of receipt of payment and to be submitted to District Judge Watson at Watson_Orders@hid.uscourts.gov.

*Submitted by: Rachel Sharpe, Courtroom Manager*