ELIZABETH A. STRANCE     4715
Corporation Counsel

STEVEN K. IDEMOTO        9013
Deputy Corporation Counsel
LAUREEN L. MARTIN        5927
Deputy Corporation Counsel, Litigation Supervisor
Office of the Corporation Counsel
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi 96720
Telephone: 961-8251
Facsimile:  961-8622
E-mail: steven.idemoto@hawaiicounty.gov

Attorneys for Defendant
COUNTY OF HAWAIʻI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LANCE S. CHODA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF HAWAIʻI.<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-384-DKW-RT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

Plaintiff LANCE S. CHODA and Defendant COUNTY OF HAWAIʻI, by and

through their undersigned counsel, hereby stipulate to the dismissal of all claims and

parties in this action, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his/its own fees and costs.

This Stipulation has been signed by all appearing parties. There are no remaining parties and/or issues.

DATED: Hilo, Hawai`i, January 25, 2022.

/s/ Steven K. Idemoto
STEVEN K. IDEMOTO
Deputy Corporation Counsel
Attorney for Defendant
County of Hawai'i

DATED: Honolulu, Hawai'i, January 25, 2022.

/s/ Kevin Gerard O'Grady
KEVIN GERARD O'GRADY
Attorney for Plaintiff
LANCE S. CHODA

DATED: San Diego, California, January 25, 2022.

/s/ Alan Alexander Beck
ALAN ALEXANDER BECK
Attorney for Plaintiff
LANCE S. CHODA

**IT IS APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawai'i, January 26, 2022.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Lance S. Choda v. County of Hawai'i*; Civil No. Civil Action No. 1:21-cv-384; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER**